# DILKS & KNOPIK, LLC

"When Success Matters"



September 16, 2009

SEP 2 1 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

US Bankruptcy Court
District of Arizona
38 S. Scott Ave
Tucson, AZ 85701-1704

RE: Request and Notice to Reschedule Hearing

To whom it may concern:

Enclosed, please find a Request and Notice to Reschedule Hearing. This is in pursuant to the Notice of Hearing on Motion we received regarding our Application for the release of unclaimed funds owed William Hart dba Hart Signs in the amount of $3,636.67. The unclaimed funds are stemming from the bankruptcy of Sungate Development Corp – Case No. 4-78-00027.

If you have any questions or concerns, please feel free to contact me at 425-836-5728 x 102.

Sincerely,

Caryn Knopik
Managing Member

28431 SE Preston Way
PO Box 2728
Issaquah, WA 98027

Phone (425) 836-5728
Fax (425) 650-9930
Email admin@dilksknopik.com

www.dilksknopik.com

09/23/2009

# United States Bankruptcy Court for the District of Arizona

IN RE:

Sungate Development Corp

Debtor(s)

Case No. 4-78-00027

Honorable James M. Marlar



## REQUEST AND NOTICE TO RESCHEDULE HEARING

Dilks & Knopik, LLC is in receipt of the Notice of Hearing on Motion (docket 41) regarding the payment of unclaimed funds to William Hart d/b/a Hart Signs.

I, Brian J. Dilks, will be out of the country during the scheduled Hearing on September 21, 2009 and will be unable to attend. No other representative from Dilks & Knopik will be able to attend on my behalf.

**IT IS THEREFORE REQUESTED** that the Hearing be rescheduled for Monday, October 26, 2009 at 11:30 AM before the Honorable James M. Marlar at the U.S. bankruptcy Court, James A. Walsh Courthouse, 38 S. Scott Avenue, Courtroom 329, Tucson, AZ.

It is further requested that I attend the rescheduled hearing telephonically.

Dated: September 11, 2009

Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for William Hart dba Hart Signs

On 9\11\09 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Caryn M. Dilks, Notary Public
My commission expires: July 29, 2010
Notary in and for the State of Washington

09/23/2009

United States Bankruptcy Court for the
District of Arizona

IN RE:

Sungate Development Corp

Case No. 4-78-00027

Judge James M. Marlar

Debtor(s)

# NOTICE OF SERVICE

## OF REQUEST AND NOTICE TO RESCHEDULE HEARING

Notice is hereby given that on September 11, 2009 a copy of the Request and Notice to Reschedule Hearing was mailed to the U.S. Attorney for the District of Arizona, 2 Renaissance Square, 40 N. Central Ave, Ste 1200, Phoenix, AZ 85004by:

Dated: September 11, 2009

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
William Hart dba Hart Signs

09/23/2009